## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Sean J. Willey | : | |
| Debtors | : | |
| | : | Case No.: 19-14225 PMM |
| MidFirst Bank | : | Chapter 13 |
| | : | |
| | : | |
| Movant | : | |
| v. | : | 11 U.S.C. 362 |
| Sean J. Willey | : | |
| Debtor(s) | : | |
| Tina M. Kaltreider | : | |
| Co-Debtor | : | |
| Scott F. Waterman | : | |
| Trustee | : | |

### ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes the Debtor, by his Attorney **Thomas W. Fleckenstein** and files the within **Answer to the Motion for Relief from the Automatic Stay:**

**1.-5.**     **ADMITTED.**

**6.-10.**    **DENIED.**  Strict proof of this allegation is demanded at time of trial.

**WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

*RESPECTFULLY SUBMITTED:*

/s/ Thomas W. Fleckenstein

**DATE:** May 18, 2022

Thomas W. Fleckenstein, ESQUIRE
Attorney I.D. No. 307390
470 Locust Street
Columbia, PA  17512
(717) 333-4053