| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14225-PMM

SEAN J WILLEY  
297 ROCK POINT ROAD  
MARIETTA  PA   17547

Petition Filed Date: 07/02/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $201.00 | | 05/24/2021 | $201.00 | | 06/23/2021 | $201.00 | |
| 07/26/2021 | $201.00 | | 08/23/2021 | $201.00 | | 09/23/2021 | $201.00 | |
| 10/25/2021 | $201.00 | | 11/23/2021 | $201.00 | | 12/23/2021 | $201.00 | |
| 01/25/2022 | $201.00 | | 02/24/2022 | $201.00 | | 03/23/2022 | $201.00 | |
| 04/25/2022 | $201.00 | | 05/23/2022 | $201.00 | | 06/24/2022 | $201.00 | |
| 07/25/2022 | $201.00 | | | | | | | |

**Total Receipts for the Period: $3,216.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,236.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,820.79 | $0.00 | $3,820.79 |
| 2 | DISCOVER PERSONAL LOAN<br>»» 002 | Unsecured Creditors | $1,549.77 | $0.00 | $1,549.77 |
| 3 | FIRST NATIONAL BANK OMAHA<br>»» 003 | Unsecured Creditors | $282.07 | $0.00 | $282.07 |
| 4 | FIRST NATIONAL BANK OMAHA<br>»» 005 | Unsecured Creditors | $280.98 | $0.00 | $280.98 |
| 5 | BELCO COMMUNITY CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $1,607.24 | $0.00 | $1,607.24 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Creditors | $4,852.17 | $3,615.55 | $1,236.62 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $2,514.88 | $0.00 | $2,514.88 |
| 9 | MIDFIRST BANK<br>»» 008 | Mortgage Arrears | $718.45 | $0.00 | $718.45 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 009 | Unsecured Creditors | $2,299.98 | $0.00 | $2,299.98 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $547.96 | $0.00 | $547.96 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $790.62 | $0.00 | $790.62 |
| 13 | LENDING CLUB CORPORATION<br>»» 012 | Unsecured Creditors | $3,696.53 | $0.00 | $3,696.53 |

**Chapter 13 Case No. 19-14225-PMM**

| | | | | | |
|---|---|---|---|---|---:|
| 14 | LENDING CLUB CORPORATION<br>»» 013 | Unsecured Creditors | $8,518.59 | $0.00 | $8,518.59 |
| 15 | AFNI INC<br>»» 014 | Unsecured Creditors | $1,266.37 | $0.00 | $1,266.37 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $769.35 | $0.00 | $769.35 |
| 17 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $1,059.33 | $0.00 | $1,059.33 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $7,236.00 | Current Monthly Payment: | $201.00 |
| Paid to Claims: | $6,425.55 | Arrearages: | $201.00 |
| Paid to Trustee: | $625.53 | Total Plan Base: | $12,060.00 |
| Funds on Hand: | $184.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.