Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-14225-PMM**

SEAN J WILLEY  
297 ROCK POINT ROAD  
MARIETTA  PA    17547

Petition Filed Date: 07/02/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $201.00 | | 09/23/2022 | $201.00 | | 10/24/2022 | $201.00 | |
| 11/23/2022 | $201.00 | | 12/27/2022 | $201.00 | | 01/24/2023 | $201.00 | |
| 02/24/2023 | $201.00 | | 03/23/2023 | $201.00 | | 04/24/2023 | $201.00 | |
| 05/24/2023 | $201.00 | | 06/26/2023 | $201.00 | | 07/24/2023 | $201.00 | |

**Total Receipts for the Period: $2,412.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,648.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $3,820.79 | $33.97 | $3,786.82 |
| 2 | DISCOVER PERSONAL LOAN »» 002 | Unsecured Creditors | $1,549.77 | $0.00 | $1,549.77 |
| 3 | FIRST NATIONAL BANK OMAHA »» 003 | Unsecured Creditors | $282.07 | $0.00 | $282.07 |
| 4 | FIRST NATIONAL BANK OMAHA »» 005 | Unsecured Creditors | $280.98 | $0.00 | $280.98 |
| 5 | BELCO COMMUNITY CREDIT UNION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $1,607.24 | $0.00 | $1,607.24 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $4,852.17 | $4,852.17 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $2,514.88 | $22.37 | $2,492.51 |
| 9 | MIDFIRST BANK »» 008 | Mortgage Arrears | $718.45 | $718.45 | $0.00 |
| 10 | WELLS FARGO BANK NEVADA NA »» 009 | Unsecured Creditors | $2,299.98 | $20.45 | $2,279.53 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $547.96 | $0.00 | $547.96 |
| 12 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $790.62 | $0.00 | $790.62 |
| 13 | LENDING CLUB CORPORATION »» 012 | Unsecured Creditors | $3,696.53 | $32.87 | $3,663.66 |
| 14 | LENDING CLUB CORPORATION »» 013 | Unsecured Creditors | $8,518.59 | $75.75 | $8,442.84 |

**Chapter 13 Case No. 19-14225-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | AFNI INC<br>»» 014 | Unsecured Creditors | $1,266.37 | $0.00 | $1,266.37 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $769.35 | $0.00 | $769.35 |
| 17 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $1,059.33 | $0.00 | $1,059.33 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,648.00 | Current Monthly Payment: | $201.00 |
| Paid to Claims: | $8,566.03 | Arrearages: | $201.00 |
| Paid to Trustee: | $826.53 | Total Plan Base: | $12,060.00 |
| Funds on Hand: | $255.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.