United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14225-pmm |
| Sean J Willey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 21, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean J Willey, 297 Rock Point Road, Marietta, PA 17547-9206 |
| 14351762 | | Avant, STE. 1700, Chicago, IL 60601 |
| 14351768 | + | FNB of Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14418642 | + | KINECTA FCU, PO BOX 217, MANHATTAN BEACH, CA 90267-0217 |
| 14649176 | + | MidFirst Bank, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14354838 | #+ | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14352633 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14351776 | + | Tina Kaltreider, 297 Rock Point Rd., Marietta, PA 17547-9206 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 22 2024 07:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 22 2024 07:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14583797 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2024 07:10:22 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14362409 | | Email/Text: rmcollections@belco.org | Jun 22 2024 07:08:00 | BELCO Community Credit Union, 449 Eisenhower BLVD, Harrisburg, PA 17111 |
| 14351763 | + | Email/Text: rmcollections@belco.org | Jun 22 2024 07:08:00 | Belco Community CU, 449 Eisenhower Blvd., Ste. 200, Harrisburg, PA 17111-2301 |
| 14351764 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2024 07:10:19 | Best Buy Credit Srvc., PO Box 9001007, Louisville, KY 40290-1007 |
| 14351765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2024 07:10:19 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14386141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2024 07:10:16 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14351766 | | Email/Text: mrdiscen@discover.com | Jun 22 2024 07:08:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 14351767 | | Email/Text: mrdiscen@discover.com | Jun 22 2024 07:08:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14358652 | | Email/Text: mrdiscen@discover.com | Jun 22 2024 07:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14360979 | + | Email/Text: dplbk@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 22 2024 07:08:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14361588 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 22 2024 07:08:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14351769 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2024 07:08:00 | IRS, 600 Arch Street, Philadelphia, PA 19106 |
| 14382876 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 22 2024 07:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14351770 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 22 2024 07:10:23 | JPMCB, 301 N. Walnut St., Floor 09, Wilmington, DE 19801-3935 |
| 14363853 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 22 2024 07:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14351773 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jun 22 2024 07:08:00 | State Farm Bank, One State Farm Plaza, A-1, Bloomington, IL 61710 |
| 14383518 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2024 07:10:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14351771 | + | Email/Text: Documentfiling@lciinc.com | Jun 22 2024 07:08:00 | Lending Club, 71 Stevenson Street, Ste. 300, San Francisco, CA 94105-2985 |
| 14383829 | + | Email/Text: Documentfiling@lciinc.com | Jun 22 2024 07:08:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14520887 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 22 2024 07:10:22 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14351772 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2024 07:08:00 | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 14377085 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2024 07:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14386018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2024 07:10:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14384289 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2024 07:10:23 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14351774 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 22 2024 07:10:19 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14351775 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 22 2024 07:10:19 | Syncb/Pay Pal, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14352633 | ^ | MEBN | Jun 22 2024 07:05:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14351777 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 22 2024 07:10:16 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14379756 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 22 2024 07:10:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024             Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Sean J Willey Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sean J Willey
        Debtor(s)                                              Case No: 19−14225−pmm
                                                                                   Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/21/24