**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                                                    : Chapter 13

Sean J Willey                                                      : Case No. 19−14225−pmm
             Debtor(s)


### ORDER
_____


   AND NOW, this day , September 10, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                                    By The Court

                                                    Patricia M. Mayer
                                                    Judge, United States Bankruptcy Court